## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR290** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **STEPHEN S. BEASLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [41].  For good cause shown,

**IT IS ORDERED** that the motion [41] is granted, as follows:

1.  The trial of this matter is continued to **March 25, 2008.**

2.  In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **January 22, 2008 and March 25, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, due to the illness or hospitalization of the defendant.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3.  The defendant shall file an affidavit or declaration regarding speedy trial in accordance with NECrimR 12.1 and/or 12.3 no later than **January 28, 2008.**

**DATED January 17, 2008.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**