IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                                )<br>                       Plaintiff,          )<br>                                                                )<br>           vs.                                            )<br>                                                                )<br>STEPHEN S. BEASLEY,                    )<br>                                                                )<br>                       Defendant.     ) | 8:07CR290<br><br>ORDER |

Defendant's motion to continue the plea hearing [63] is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **June 6, 2008** at **11:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **May 22, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 22nd day of May, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge